**Roger Peter BUEHL, Appellant,**

v.

**PENNSYLVANIA DEPARTMENT OF CORRECTIONS; Joseph Lehman, Acting Commissioner; Theodore Otto, III, Chief Counsel; and Joseph Lehman, Acting Commissioner Pennsylvania Department of Corrections; Donald Vaughn, Superintendent State Correctional Institution at Graterford, Appellees.**

Supreme Court of Pennsylvania.

Submitted Dec. 7, 1992.
Decided Nov. 8, 1993.

Roger Peter Buehl, pro se.

Before NIX, C.J., FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY, and MONTEMURO, JJ.

*ORDER*

PER CURIAM:

Order affirmed.